Michael A. Isaacs, State Bar No. 99782
Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610

Counsel for Plaintiff Andrea A. Wirum

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CALIFORNIA PLAN, INC.,<br><br>Debtor. | Case No. 06-50442-CN<br>Chapter 7 |
| ANDREA A. WIRUM, Trustee,<br><br>Plaintiff.<br><br>vs.<br><br>KINGHORN INVESTMENT GROUP, LLC, a Nevada limited liability company, KINGHORN INVESTMENT GROUP, LLC, a California limited liability company, DAVID P. BRUENIG, ALEXANDER K. TURNER, JR., and TIMOTHY K. FERRELL,<br><br>Defendants. | Adversary Proceeding<br>No. 08-5071 |

## ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT

Plaintiff and judgment creditor Andrea A. Wirum, Trustee in Bankruptcy of the estate of the above Debtor, obtained a default judgment against Kinghorn Investment Group, LLC, a Nevada limited liability company, and Kinghorn Investment Group, LLC, a California limited liability company. Judgment was entered in the docket of the United States Bankruptcy Court on February 17, 2009, as Docket No. 23 in the above adversary proceeding.

The name and address of the judgment creditor is as follows:

Andrea A. Wirum, Trustee
c/o Charles P. Maher
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

The last known addresses of the judgment debtors are as follows:

| | |
|---|---|
| Kinghorn Investment Group, LLC<br>c/o Alexander K. Turner, Managing Member<br>P.O. Box 1103<br>Carnelian Bay, CA 96140 | Kinghorn Investment Group, LLC<br>c/o Alexander K. Turner, Managing Member<br>400 Olive Street<br>Carnelian Bay, CA 96140 |

The names and addresses of the judgment debtors are the same. However, one is or was a Nevada limited liability company and the other is or was a California limited liability company.

Andrea A. Wirum has assigned to Juan Lucena any and all rights to enforce the judgment against the named judgment debtors and any other person against which or whom the judgment could be enforced. The assignment is without limitation.

The principal amount of the judgment is $410,918, plus pre-judgment interest accruing at the rate of 1.35 percent between March 24, 2008, and February 17, 2009, and post-judgment interest according to statute.

The name and address of the assignee is as follows:

Juan Lucena
P.O. Box 10207
San Jose, CA 95157-1207

The undersigned hereby assigns to and authorizes assignee Juan Lucena to recover, compromise, settle (in full or in part), and enforce the judgment entered in Adversary Proceeding No. 08-5071 in his discretion.

Signed this ___ day of November 2010 in Lafayette, California.

_____
Andrea A. Wirum, Trustee and Judgment Creditor

1 | State of California
2 | County of Contra Costa
3 |
4 |
5 | On November 19th 2010, before me, Carolyn Grace Healy, Notary Public, personally appeared Andrea A. Wirum, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
6 | instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
7 | upon behalf of which the person(s) acted, executed the instrument.
8 | I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
9 | WITNESS my hand and official seal.



CAROLYN GRACE HEALY
Comm. # 1843494
NOTARY PUBLIC - CALIFORNIA
Contra Costa County
My Comm. Expires Apr. 15, 2013